# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CTY DIVISION

FRANKLIN CHRISTOPHER
HIGGINBOTHAM,

    Plaintiff,

v.                                  Case No. 5:20-cv-00097-RV/MJF

MARK INCH and S. HOSSENI,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 14, 2020. (ECF No. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 15), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(A)(b)(1) for maliciousness and abuse of judicial process.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 1st day of June, 2020.

s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**